HARRY GROSS, Respondent, *v.* JAMAICA AUCTION GALLERIES, INC., Appellant.

(Submitted January 18, 1935; decided April 26, 1935.)

*Abraham Brill, Frank F. Bergenfeld* and *Martin I. Rose* for appellant.

*David H. Greenberg* and *Louis Selzer* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the authority of *Darweger* v. *Staats* (267 N. Y. 290). Question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: LEHMAN, CROUCH and FINCH, JJ.